UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|                            |   |                         |
|----------------------------|---|-------------------------|
| UNITED STATES OF AMERICA,  | ) |                         |
|                            | ) |                         |
|                            | ) |                         |
|                            | ) |                         |
| v.                         | ) | Criminal No. 11-159 (ESH) |
|                            | ) |                         |
| HUMBERTO MEDINA,           | ) |                         |
|                            | ) |                         |
| Defendant.                 | ) |                         |
|                            | ) |                         |

## ORDER

In a hearing before Magistrate Judge Kay on June 1, 2011, defendant Humberto Medina

entered a plea of guilty. On June 1, 2011, the magistrate judge issued a Report and

Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 17, 2011